## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN THE INTEREST OF: S.K., A MINOR | : No. 444 MAL 2015 |
| | : |
| | : |
| PETITION OF: S.K., MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.